IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF CENTRAL LABORERS'
PENSION, WELFARE & ANNUITY FUNDS,
Plaintiff,

v.   Case No. 3:16-cv-01132-DRH-RJD

R & R PIPELINE CONSTRUCTION, INC.,
Defendant.

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court on a Motion for Entry of Default Judgment. The Court, being fully advised in the premises, finds that a Complaint was filed on October 13, 2016, and that Defendant, R & R Pipeline Construction, Inc., was personally served on October 21, 2016. On December 8, 2016, the Defendant was found to be in default, and therefore the Plaintiff is entitled to Judgment.

Therefore it is **ORDERED** that Judgment shall be entered in favor of the Plaintiff, Trustees of Central Laborers Pension, Welfare & Annuity Funds, and against Defendant, R & R Pipeline Construction, Inc., in the amount of **Eighteen Thousand, Nine Hundred and Ninety Five Dollars and Seventy Six Cents ($18,995.76)**, plus **One Thousand Seven Hundred Forty Dollars ($1,740.00)** in attorney's fees and court costs for a total Judgment of **Twenty Thousand, Seven Hundred Thirty Five Dollars and Seventy Six Cents ($20,735.76)**.

**IT IS SO ORDERED**
Signed this 20th day of February, 2017.

*David R. Herndon*

Judge Herndon
2017.02.20
13:17:55 -06'00'

UNITED STATES DISTRICT JUDGE